IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HOWARD G., individually and on behalf of his minor child, JOSHUA G.; and JOSHUA G., | ) ) ) ) | CV 11-00523 DKW-RT<br>CV 13-00029 DKW-RT<br>(CONSOLIDATED CASES) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| STATE OF HAWAII, DEPARTMENT OF EDUCATION, et al., | ) ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' PETITION |
| Defendants. | ) ) ) | FOR AWARD OF ATTORNEYS' FEES AND COSTS |
| _____ | ) ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| J.G., by and through his Parents, H.G. and D.G. | ) ) ) | |
| Defendants | ) ) | |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Findings and Recommendation having been filed and served on all parties on May 05, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Petition for Award of Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED : May 20, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Howard G, et al v State of Hawaii, Department of Education, et al*; Civil No. 11-00523 DKW-RT and Civil No. 13-00029 DKW-RT (consolidated cases); ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS